Case 1:17-cv-00170-DDD-JPM  Document 5  Filed 03/14/17  Page 1 of 1 PageID #: 45

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**CHRISTOPHER JONES #523239**

**VERSUS**

**LASALLE CORRECTIONS**
**CORP ET AL**

**CASE NO. 1:17-CV-00170 SEC P**

**CHIEF JUDGE DRELL**

**MAGISTRATE JUDGE PEREZ-MONTES**

**MEMORANDUM ORDER**

On January 23, 2017, a complaint was filed by the plaintiff.  On January 27, 2017, a

memorandum order was issued by this court ordering the plaintiff within 30 days of the date

of the order to pay the filing fee or submit an IFP application and to resubmit the complaint

on an approved form.  Mover has failed to take the required action in accordance with the

memorandum order.  Accordingly,

**IT IS ORDERED** that the complaint submitted by the plaintiff on January 23, 2017,

be, and hereby is, stricken from the record.

THUS DONE in Chambers on this ___14th___ day of ___March___, 2017.

_____
Joseph H. L. Perez-Montes
United States Magistrate Judge